UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| CUSTOM HARDWARE ENGINEERING & CONSULTING, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 4:10CV00653 ERW |
| JONATHAN D. DOWELL, et al., | ) ) | |
| Defendants. | ) ) | |

## **MEMORANDUM AND ORDER**

This matter comes before the Court on Plaintiff's Motion for Temporary Restraining Order [doc. #4]; Plaintiff's Motion for Injunction Bond [doc. #5]; and Plaintiff's Motion for Expedited Discovery [doc. #6]. The Court held a hearing on Monday, April 26, 2010. At the hearing, the Parties informed the Court that they were prepared to enter a Consent Preliminary Injunction. Additionally, Plaintiff withdrew its Motion for Expedited Discovery.

Upon hearing the arguments presented, the Court signed the Consent Preliminary Injunction, thereby making the Motion for Temporary Restraining Order and Motion for Injunction Bond moot. All Defendants waived service of process on the record, and the Court determined that they would have sixty days in which to file their Answers. The Court also ordered the Parties to exchange correspondence regarding the preservation of electronic documents, and granted Plaintiff's request for a subpoena of authority over Vern Pilling.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Temporary Restraining Order [doc. #4] and Plaintiff's Motion for Injunction Bond [doc. #5], and Plaintiff's Motion for Expedited Discovery [doc. #6] are **DENIED**, **as moot**.

**IT IS FURTHER ORDERED** that Defendants shall file their Answers no later than June 25, 2010.

**IT IS FURTHER ORDERED** that, within 24 hours, the Parties shall exchange correspondence, agreeing to abide by the Federal Rules of Civil Procedure regarding the preservation of electronic documents, including, but not limited to, e-mail messages.

**IT IS FURTHER ORDERED** that Plaintiff's request for a subpoena of authority over Vern Pilling, to the extent allowed by the Federal Rules of Civil Procedure, is **GRANTED**.

Dated this 26th Day of April, 2010.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE