UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| Custom Hardware Engineering & Consulting, Inc., et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No.: 4:10CV000653 ERW |
| Jonathan D. Dowell, et al., | ) ) ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

This matter comes before the Court on Defendants' Motion to Compel Production of Documents and Answers and Interrogatories [doc. #157]. The Court held a hearing on April 4, 2011, wherein the Parties presented arguments on the pending Motion and the Court determined that it would conduct an *in camera* review of certain documents.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Custom Hardware Engineering & Consulting, Inc. will provide to the Court unredacted copies of documents bearing Bates numbers 02757, 02760, 027561, 02762, 02463, 02464, 02465, 02468, 02427 and 02444 in the MVSS contract.

**IT IS HEREBY FURTHER ORDERED** that lead counsel for Plaintiff will file an affidavit confirming that, in the documents supplied for *in camera* review, there are no other redacted pages, and if there are, CHE is ordered to supply unredacted copies. All compliance must be within five days.

Dated this <u>18th</u> day of <u>April</u>, 2011.

_____
E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE