UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| Custom Hardware Engineering | ) | |
| & Consulting, Inc., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No.: 4:10CV000653 ERW |
| | ) | |
| Jonathan D. Dowell, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on Defendants' Motion to Compel Production of Documents and Answers and Interrogatories [doc. #157]. The Court held a hearing on April 4, 2011, wherein the Parties presented arguments on the pending Motion and the Court determined that it would conduct an *in camera* review of certain documents. Upon reviewing the documents provided by Plaintiff and subsequently arranging the documents in numerical order by Bates numbers, the Court noted that certain pages, interspersed throughout the contracts and provided pages, were not present or accounted for.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Custom Hardware Engineering & Consulting, Inc. will provide to the Court unredacted copies of documents bearing Bates numbers 2318-2327, 2338-2358, 2381-2388, 2394, 2400-2401, 2414, 2454-2455, 2457-2461, 2469-2653, 2709, 2713, and 2726-2727. All compliance must be within five days.

Dated this 26th day of April, 2011.

E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE