UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Custom Hardware Engineering & Consulting, Inc., et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No.: 4:10CV000653 ERW ) |
| Jonathan D. Dowell, et al., | ) ) |
| Defendants. | ) |

**MEMORANDUM AND ORDER**

The matter comes before the Court on Defendants' Motion to Compel Production of Documents and Answers and Interrogatories [doc. #157], Plaintiff/Counterclaim Defendants' Motion for Sanctions [doc. #160], and on the *in camera* review of documents submitted in response to an order by this Court on April 4, 2011 and subsequent orders on April 18 and April 26, 2011. The Court held a hearing on Defendants' Motion on March 23, 2011. Counsel for both parties were present and arguments were heard. The Court issued a Memorandum and Order on March 25, 2011, granting Defendants' Motion to Compel Production of Documents and Answers and Interrogatories [doc. #157], in part. On March 30, 2011, a telephone conference was held, wherein the parties sought clarification on the March 25th Memorandum and Order. The Court decided that a hearing was necessary to fully discuss these matters. The Court held a hearing on April 4, 2011, wherein the Parties presented arguments on the pending Motion and the Court determined that it would conduct an *in camera* review of certain documents. Plaintiff

submitted the documents and materials as required, and the Court has conducted its review.

The Court concludes that Plaintiff will not be required to produce the documents and materials that were submitted to the Court for *in camera* review. The Court will destroy the documents submitted for *in camera* review on **May 19, 2011**, unless Plaintiff notifies the Court before that date of its intent to retrieve the documents.

Accordingly,

**IT IS HEREBY ORDERED** that, consistent with this Court's March 25th Order, and omitting the documents produced by Plaintiff for the Court's *in camera* review, Third-Party Defendants are ordered to produce on or before **May 13, 2011 at 9:00 a.m.** at the Law Offices of Kevin J. Dolley**,** 7750 Clayton Road, Suite 102, St. Louis, Missouri 63117, all documents and materials previously ordered produced in the Court's March 25th Order.

**IT IS HEREBY FURTHER ORDERED** that Plaintiff/Counterclaim Defendants' Motion for Sanctions [doc. #160] is **DENIED**.

Dated this 5th day of May, 2011.

_____
E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE