IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| CUSTOM HARDWARE ENGINEERING & CONSULTING, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Cause No.: 4:10-cv-000653 |
| JONATHAN D. DOWELL, MARCUS K. SMITH, and TRI-POINT DEVELOPMENT, INC., | ) ) ) ) | |
| Defendants. | ) ) | |

## DEFENDANTS/COUNTERCLAIM PLAINTIFFS' MOTION FOR ENTRY OF STIPULATED ORDER BY CONSENT OF THE PARTIES

COME NOW Defendants/Counterclaim Plaintiffs and for their Motion for Entry of Entry of Stipulated Order by Consent of the Parties state that the parties consent to entry of an Order that the any responses provided to Counterclaim Plaintiffs' counsel from the date of this stipulation from third parties shall remain sealed and/or held in camera by the court until resolution of the pending motion for protective order is determined.  This Stipulation is filed with the intent to eliminate the need for expedited hearing.

Respectfully submitted,


  /s/ Kevin J. Dolley
Kevin J. Dolley, USDC No. 54132MO
LAW OFFICES OF KEVIN J. DOLLEY
34 N. Brentwood Blvd, Suite 207
St. Louis MO 63105
(314)645-4100 – Telephone
(314)647-4300 – Facsimile
kevin@dolleylaw.com

Attorney for Defendants


  /s/ A. Mick Henderson
A. Mick Henderson, No. 5246070
HENDERSON LAW, P.C.
7750 Clayton Road, Suite 102
St. Louis, MO 63117
(314) 645-4400 – Telephone
(314) 645-7901 – Facsimile
amh@hendersonlawpc.com

Attorney for Defendant Marcus K. Smith


  /s/ Richard B. Hein
Richard B. Hein, No. 65012
THE LAW OFFICE OF RICHARD B. HEIN
7750 Clayton Road, Suite 102
St. Louis, Missouri 63117
(314) 645-7900 – Telephone
(314) 645-7901 – Facsimile
rickhein86@hotmail.com

Attorney for Defendant Marcus K. Smith